

# NUMBER 13-18-00401-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE PETER BUFFA, M.D., NICHOLAS GREEN, R.N., AND VHS HARLINGEN HOSPITAL COMPANY, LLC D/B/A VALLEY BAPTIST MEDICAL CENTER–HARLINGEN

---

On Petition for Writ of Mandamus.

---

# ORDER

**Before Justices Conteras, Longoria, and Hinojosa**
**Order Per Curiam**

Relators Peter Buffa, M.D., Nicholas Green, R.N., and VHS Harlingen Hospital Company, LLC D/B/A Valley Baptist Medical Center–Harlingen filed a petition for writ of mandamus in the above cause on July 24, 2018. Through this original proceeding, relators seek to compel the trial court to set aside its June 5, 2018 orders granting motions for protection and order the production of discovery. Relators have also filed a motion requesting that we order the trial court to forward the documents which were reviewed in camera to this Court under seal.

The Court requests that the real parties in interest, Frank Molina, individually and on behalf of the estate of Blanca Estella Molina, deceased, Stephanie Molina, Carlos Molin, and Umang Khetarpal, M.D., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

We grant relators' motion to produce the documents which were tendered to the trial court for in camera inspection.  Accordingly, we request that the trial court provide this Court with the sealed documents which were reviewed in camera in the underlying proceedings.  Such documents should be filed with this Court, sealed, within ten days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
26th day of July, 2018.